# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 18, 2022

Lyle W. Cayce
Clerk

No. 22-40014
Summary Calendar

Unites States of America,

*Plaintiff—Appellee*,

*versus*

Jaime Cruz Romero,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:16-CR-13-3

Before Jones, Duncan, and Wilson, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Jaime Cruz Romero has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Cruz Romero has filed a response. We have reviewed counsel's

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-40014

brief and the relevant portions of the record reflected therein, as well as Cruz Romero's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.